IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JRC MECH. LLC | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | CASE NO.: 7:23-CV-00002 (WLS) |
| v. | : | |
| | : | |
| OUTSIDE THE BOX LLC & | : | |
| HUDSON INS. CO. | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

Before the Court is a Joint Stipulation of Voluntary Dismissal (Doc. 35), filed on June 28, 2023. Therein, the Parties state that they have reached a settlement with respect to all counts in the Complaint and Counterclaim. (Doc. 35). Thus, they stipulate to the dismissal of all claims in the Complaint and Counterclaim with prejudice, with each Party to bear its own attorney's fees and costs.

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Joint Stipulation of Voluntary Dismissal (Doc. 35) is **ACCEPTED** and **GRANTED**. The Court **ORDERS** that all claims in the Complaint and Counterclaim are **DISMISSED WITH PREJUDICE**, with each Party bearing their own attorney's fees and costs.

**SO ORDERED**, this __30th__ day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**