IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JRC MECHANICAL LLC, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-2 (WLS) |
| | * |
| OUTSIDE THE BOX LLC, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 30, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of June, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk